

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,243-02

### EX PARTE NICHOLAS A. MORRISEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10CR3249-83-2 IN THE 405TH DISTRICT COURT
### FROM GALVESTON COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH